# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN ANDRE NOBLE,
　　　　　　　Appellant,
vs.
THE STATE OF NEVADA,
　　　　　　　Respondent.

No. 69430

FILED

MAR 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY___S. Young___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:　Hon. Stefany Miley, District Judge
　　　The Almase Law Group LLC
　　　Attorney General/Carson City
　　　Clark County District Attorney
　　　Eighth District Court Clerk

16-07059